UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**RAY W. JACKSON,**

    **Plaintiff,**

v.                                                       Case No: 5:20-cv-214-Oc-18PRL

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This case is before the Court on the Commissioner's second motion to stay the case for 90 days, or until the Social Security Agency ("SSA") regains the capacity to produce the certified transcript of the record necessary for this case. (Doc. 15). Due to the global COVID-19 crisis, the SSA has transitioned to a maximum telework environment which prevented it from adhering to its business process for preparing the transcript of the record in many cases. Additionally, the complaints filed in SSA cases have increased, which has resulted in a backlog of work, making it difficult for the agency to process the transcripts in a timely manner.

Plaintiff has filed a response to the motion setting forth objections including that the Commissioner has already been granted a stay of 90 days in this case and that the repeated requests for stays amount to Plaintiff's case being put on indefinite hold. (Doc. 16). Plaintiff's points are well taken. Plaintiff notes that he is agreeable to a 30-day extension for the Commissioner to file an answer and transcript.

- 2 -

Accordingly, and considering the overall circumstances, the Commissioner's opposed motion to stay (Doc. 15) is GRANTED in part. The Commissioner shall file an answer and the transcript of the record for this case within 60 days.

**DONE** and **ORDERED** in Ocala, Florida on October 19, 2020.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties